```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 00371
   ALDRON R REED
   LARISSA L REED                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-9316     SSN XXX-XX-7926

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/06/2005 and was confirmed 03/21/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/14/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED            2700.00          379.11        2700.00
DITECH.COM                 SECURED NOT I   NOT FILED              .00            .00
GMAC MORTGAGE              CURRENT MORTG        .00               .00            .00
GMAC MORTGAGE              MORTGAGE ARRE      454.06              .00         454.06
GMAC MORTGAGE              SECURED NOT I     9782.70              .00            .00
WELLS FARGO BANK NA        CURRENT MORTG        .00               .00            .00
WELLS FARGO BANK NA        MORTGAGE ARRE     2855.84              .00        2855.84
DEER & STONE               PRIORITY        NOT FILED              .00            .00
SHERMAN AQUISITION LP      UNSECURED         2055.92              .00        2055.92
HARVEY WATER DEPT          UNSECURED       NOT FILED              .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY     NOT FILED              .00            .00
COMED                      UNSECURED       NOT FILED              .00            .00
SIR FINANCE                UNSECURED          884.00              .00         884.00
FORD MOTOR CREDIT          UNSECURED       NOT FILED              .00            .00
MONEY MANAGEMENT INTERNA   NOTICE ONLY     NOT FILED              .00            .00
NELNET LOAN SERVICES INC   UNSECURED            .00               .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00               .00            .00
ISAC                       UNSECURED            .00               .00         746.82
AT & T BANKRUPCTY          FILED LATE         271.78              .00            .00
DEER & STONE               ATTORNEY          2050.00              .00        2050.00
SIR FINANCE                UNSECURED       NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        687.50                           687.50
TOM VAUGHN                 TRUSTEE                                             768.34
DEBTOR REFUND              REFUND                                              431.25

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   14,012.84

PRIORITY                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 00371 ALDRON R REED & LARISSA L REED
```

```
SECURED                                                      6,009.90
    INTEREST                                                   379.11
UNSECURED                                                    3,686.74
ADMINISTRATIVE                                               2,737.50
TRUSTEE COMPENSATION                                           768.34
DEBTOR REFUND                                                  431.25
                                    ---------------    ---------------
TOTALS                                    14,012.84          14,012.84
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```